### GEORGE WEISSMAN *vs.* THE COUNTY FIRE INSURANCE COMPANY OF PHILADELPHIA.

Third Judicial District.
Argued June 8th—decided July 12th, 1910.

ACTION to recover a loss under a policy of fire insurance, brought to the Court of Common Pleas in New Haven County where the plaintiff was nonsuited in a trial to the jury before *Simpson, J.,* from which judgment he appealed. *No error.*

(716)

*Richard H. Tyner*, for the appellant (plaintiff).

*William A. Wright*, for the appellee (defendant).

Opinion filed with the clerk of the Court of Common Pleas in New Haven County.